UNIVERSAL TRADES, INC., *v.* PENNSYLVANIA.

No. 434.  Decided December 8, 1958.

*Manuel Kraus* and *Roy J. Keefer* for appellant.

*Thomas D. McBride,* Attorney General of Pennsylvania, and *Edward Friedman,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.